# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JASON LEONE,

    Plaintiff,

    v.                                                1:21-cv-00323-JJM-LDA

NATIONSTAR MORTGAGE, LLC
ET AL.,

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on October 5, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered in favor of Defendants Nationstar Mortgage, LLC d/b/a Mr. Cooper and HSBC Bank USA National Association as Trustee for Mortgage Pass-Through Certificates, Series MLMI 2005-A10 .

<u>It is so ordered</u>.

October 5, 2023                                  By the Court:

                                                         /s/ Hanorah Tyer-Witek.
                                                         Clerk of Court