# United States Court of Appeals
## For the First Circuit

_____

No. 23-1856

JASON LEONE, on behalf of himself and all others so similarly situated,

Plaintiff - Appellant,

v.

NATIONSTAR MORTGAGE, LLC, d/b/a Mr. Cooper; HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee for Mortgage Pass-Through Certificates, Series MLMI 2005-A10,

Defendants - Appellees.

_____

Before

Barron, Chief Judge,
Rikelman and Aframe, Circuit Judges.

_____

**JUDGMENT**

Entered: November 18, 2025

    Plaintiff-Appellant Jason Leone appeals from a grant of summary judgment in a case in the District Court for the District of Rhode Island. We have jurisdiction under 28 U.S.C. § 1291. We review a grant of summary judgment de novo. Burt v. Bd. of Trs. of Univ. of Rhode Island, 84 F.4th 42, 54 (1st Cir. 2023).

    The sole claim in the operative amended class action complaint was a contract claim. Under Rhode Island law, to prevail on this claim, Leone "must not only prove both the existence and breach of a contract, he also must prove that the defendant's breach thereof caused him damages." Petrarca v. Fid. & Cas. Ins. Co., 884 A.2d 406, 410 (R.I. 2005). The district court concluded that there was no genuine dispute on the element of breach (rejecting two distinct theories for breach), and further concluded that there was no genuine dispute on the element of damages.

    On appeal, Leone challenges the district court's conclusions on breach. Yet Leone makes no argument that damages were not a necessary element of his only claim and offers no challenge to the district court's conclusion that Leone failed to show a genuine dispute for trial on the issue of damages. Leone thus has waived any challenge to the district court's analysis of damages. See

Sparkle Hill, Inc. v. Interstate Mat Corp., 788 F.3d 25, 30 (1st Cir. 2015) (affirming a grant of summary judgment where "the opening brief present[ed] no argument at all challenging express grounds upon which the district court prominently relied in entering judgment"). That unchallenged analysis, in turn, establishes that there was no genuine dispute of material fact concerning a necessary element for the claim, rendering affirmance appropriate.

The judgment of the district court is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Todd Steven Dion
Joseph A. Farside Jr.
Krystle S. Guillory Tadesse